UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA    #29/525

IN RE:                                CASE NO.   06-10194-BKC-RAM
TERESA ALBA

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

*U.S. BANKRUPTCY COURT SO. DISTRICT OF FLORIDA — JUL 26 2011 — FILED / RECEIVED*

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $ 238.65 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  )  The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  JUL 2 5 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

TERESA ALBA
220 N.W. 48 COURT
MIAMI, FL 33126

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

CHASE BANK USA, NA
CIRCUIT CITY PRIVATE LABEL EPP
POB 100018
KENNESAW, GA 30156-9104

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  06-10194-BKC-RAM
TERESA ALBA

CHAPTER 13

TERESA ALBA

220 N.W. 48 COURT
MIAMI, FL 33126


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


CHASE BANK USA, NA                ---------$        238.65
CIRCUIT CITY PRIVATE LABEL EPP
POB 100018                                     UNDELIVERABLE/STALE
KENNESAW, GA 30156-9104                        CLAIM REGISTER# 6

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130